Bridget E. (Downes) NEWELL,
Respondent,

v.

Lance Allen RAMMAGE, Appellant.

No. WD 58964.

Missouri Court of Appeals,
Western District.

Aug. 14, 2001.

Christopher T. Patterson, N. Kansas City, MO, Attorney for Respondent.

Craig D. Ritchie and Sharon Kennedy, St. Joseph, MO, Attorneys for Appellant.

Before SMITH, P.J., and SMART and HOWARD, JJ.

**Order**

PER CURIAM.

Lance Rammage (Father) appeals from the judgment of the Platte County Circuit Court modifying custody of the parties' two minor children so as to permit Bridget Newell (Mother) to relocate with the children outside Missouri.

We affirm. Rule 84.16(b).